UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| LAWRENCE E. SARNER, | * | |
| | * | |
| Debtor. | * | |
| _____ | * | |
| | * | |
| LAWRENCE E. SARNER, | * | |
| | * | |
| Appellant, | * | |
| | * | Bankruptcy Appeal |
| v. | * | Civil Action No. 10-11238-JLT |
| | * | |
| DEAN COOPERATIVE BANK, | * | |
| | * | |
| Appellees. | * | |

ORDER

March 28, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Appellant's Renewed Emergency Motion for Stay Pending Appeal [#11] is DENIED AS MOOT and Appellee's Motion to Dismiss Appeal [#16] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge